**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 13, 2020

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jason Polanco*, 16-Cr-826 (PAE)

Dear Judge Engelmayer:

On behalf of the Defense and with the Government's consent, I respectfully move the Court for an adjournment of Mr. Polanco's May 5, 2020, sentencing date. Mr. Polanco's sentencing memorandum is currently due on April 21, 2020. However, due to the closure of Bureau of Prisons facilities to all visitors including counsel in light of the COVID-19 pandemic, I have been unable to review the final Presentence Report with Mr. Polanco, to go over arguments to be submitted on his behalf in the sentencing memorandum, or to confer with him about his own letter to the Court.

If the Court grants this request, I respectfully submit that a 30-day extension for the filing of defendant's sentencing submission and a late June sentencing date should be sufficient. Because Mr. Polanco is currently serving a lengthy state sentence and because it is anticipated that the sentence in this case will likewise be substantial, this short continuance will not prejudice any party.

I thank the Court in advance for its consideration.

Respectfully submitted,
    /s/
Donna R. Newman
Cc:   All parties (by ECF)

**GRANTED.** Sentencing is adjourned to September 10, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 457.
                                                    4/15/2020
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge