**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

January 28, 2021

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Jason Polanco*, 16-Cr-826 (PAE)

Dear Judge Engelmayer:

On behalf of the Defense and with the Government's consent, I respectfully move the Court for an adjournment of Mr. Polanco sentence, now scheduled for February 10, 2021 at 10:30 a.m. until April 7th , 2021 at a time convenient for the Court. The adjournment is sought because we believe that an in-person as opposed to a virtual sentencing is necessary in this case. Covid-19 is still raging in New York but I am optimistic that by April all those whom need to appear at Mr. Polanco's sentencing will have been vaccinated and able to safely return to in-person proceedings. Accordingly, I respectfully request the Court adjourn the sentencing until April 7th at a time convenient to the Court.

I thank the Court in advance for its consideration.

Respectfully submitted,
       /s/
Donna R. Newman
Cc: All parties (by ECF)

**GRANTED.** Sentencing is adjourned to April 7, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motions at Dkt. Nos. 536 & 541.

1/28/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge