

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   **United States v. Jason Polanco,**
        16 Cr. 826 (PAE)

Dear Judge Engelmayer:

    The Government writes with the consent of Donna Newman, Esq, counsel to the above-referenced defendant, to jointly request that the sentencing scheduled for April 7, 2021 be adjourned for approximately 30 days, to a date convenient for the Court. Counsel for both parties are available for an in-person sentencing on May 10, 11, or 12, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____/s/_____
    Gina Castellano
    Assistant United States Attorney
    (212) 637-2224

**GRANTED.** Sentencing is adjourned to May 10, 2021 at 11:00 a.m.
The parties shall serve their sentencing submissions in accordance with
this Court's Individual Rules & Practices in Criminal Cases.
The Clerk of Court is requested to terminate the motion at Dkt. No. 548.

    3/23/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge