**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 26, 2021

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jason Polanco*, 16-Cr-826 (PAE)

Dear Judge Engelmayer:

With the Government's consent, the Defense respectfully moves the Court for leave to file the Defense's sentencing submission on behalf of Mr. Polanco on Wednesday, April 28, 2021, instead of the current due date of April 26, 2021. We make this request because we need to review the final documents to be filed with Mr. Polanco and the earliest available date for a conference that could be arranged was Wednesday, April 28, at 6:00 pm.

As per the Court's Order dated April 26, 2021 (Dkt. #552), the Defense will also confer with Mr. Polanco at the scheduled April 28 client meeting about a potential further adjournment of the currently scheduled May 10, 2021, sentencing date and the remote and in person sentencing alternatives. Accordingly, we ask the Court's permission to file the joint letter responding to the Court's Order in the evening of April 28, 2021.

I thank the Court in advance for its consideration.

Respectfully submitted,
      /s/
Donna R. Newman
Cc:   All parties (by ECF)

The Court **GRANTS** both requests in this letter. The Clerk of Court is requested to terminate the motion at Dkt. No. 553.

4/27/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge