LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 28, 2021

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Jason Polanco*, 16-Cr-826 (PAE)

Dear Judge Engelmayer:

With the Government's consent, the Defense respectfully moves the Court for a final, short adjournment of the sentencing hearing currently scheduled for May 10, 2021. We have conferred with Mr. Polanco, who asked for this adjournment.

If the Court's schedule permits, the Defense requests a date in mid-June or as soon thereafter as is practicable, with the exception of June 29 through July 20, 2021.

I thank the Court in advance for its consideration.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All parties (by ECF)

**GRANTED.** Sentencing is adjourned to June 28, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 555.

4/29/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge