UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                                    :

UNITED STATES OF AMERICA,                        :

                -v-                                       :                        16-CR-826-05 (PAE)

JASON POLANCO,                                :                        <u>SCHEDULING ORDER</u>

                        Defendant.            :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **June 28, 2021** at **9:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                    _____

Dated: June 23, 2021                             PAUL A. ENGELMAYER
          New York, New York                      United States District Judge