UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASON POLANCO,

Defendant.

16-CR-826-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* petition from defendant Jason Polanco pursuant to 28 U.S.C. § 2255. Dkt. 631. The Court directs the Government to respond. The Government's response is due **January 20, 2025**, and should be mailed to the defendant at the following address:

> Jason Polanco 21-A-1445
> Sing Sing Correctional Facility
> 354 Hunter Street
> Ossining, NY 10562

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2024
New York, New York